**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 591 MAL 2015

       Respondent    :

       :    Petition for Allowance of Appeal from
       :    the Order of the Superior Court

       v.    :

J.V.S.,    :

       Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.